UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

UNITED STATES OF AMERICA,

          Plaintiff,                  Case No. 2:05:CR:17-02

v.

                                         HON. GORDON J. QUIST

SUSAN SOPHIE COOK,

          Defendant.
_____/

## ORDER

      The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

      THEREFORE, IT IS ORDERED that:

      1.      The Report and Recommendation of the Magistrate Judge filed October 14, 2005, is approved and adopted as the Opinion and Findings of this Court.

      2.      Defendant Susan Sophie Cook's plea of guilty to Count One of the Indictment is accepted.  Defendant Susan Sophie Cook is adjudicated guilty and bond will be revoked at the time of reporting.

      3.      Defendant Susan Sophie Cook shall self surrender to the Marquette County Jail in Marquette, Michigan, by **3:00 PM, Tuesday, November 8, 2005**.  Defendant Susan Sophie Cook shall be detained pending sentencing.

      4.      A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated:  October 28, 2005                _____/s/ Gordon J. Quist_____
                                       GORDON J. QUIST
                             UNITED STATES DISTRICT JUDGE